51768. BENTON v. THE HOUSING AUTHORITY OF THE CITY OF DECATUR, GEORGIA.

STOLZ, Judge.

The interlocutory appeal in the above styled case was improvidently granted. The case is remanded to the State Court of DeKalb County.

*Remanded. Bell, C. J., and Clark, J., concur.*

ARGUED FEBRUARY 2, 1976 — DECIDED MARCH 10, 1976.

*Kenneth G. Levin, David A. Webster,* for appellant.
*McCurdy & Candler, George H. Carley,* for appellee.